# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 16-cr-00347-ADM-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| (1) Scott Phillip Flynn, also known as Phil Flynn, | |
| Defendant. | |

David J. MacLaughlin and Benjamin F. Langner, Assistant United States Attorneys, counsel for the government

Earl P. Gray and Paul C. Engh, counsel for Mr. Flynn

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated June 27, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Mr. Flynn's Motion to Suppress Search and Seizure (ECF No. 30) is **DENIED**.

Date: July 13, 2017  
s/Ann D. Montgomery  
Ann D. Montgomery  
United States District Judge